**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHRISTOPHER OLIVER,

        Plaintiff,

v.                                            Case No. 3:19-cv-990-J-32MCR

BPO USA LLC d/b/a
MY ECOM CLUB,

        Defendant.

## **O R D E R**

This case comes before the Court on Plaintiff Christopher Oliver's Motion for Final Default Judgment and Award of Attorney's Fee and Costs Against Defendant, BPO USA, LLC (Doc. 14). On November 14, 2020, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 15) recommending that the motion be granted in part and denied in part. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed.[1] See 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02. Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 15), it is hereby

---

[1] The Clerk mailed copies of the Report and Recommendation to BPO's address of record on November 25, 2020. The mail was returned; no other address has been identified. To date, BPO has not filed an answer, appeared, or otherwise presented any claims or defenses in this case.

**ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 15) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Christopher Oliver's Motion for Final Default Judgment and Award of Attorney's Fee and Costs (Doc. 14) is **GRANTED** to the extent stated in the Report and Recommendation.

3. The Clerk shall enter judgment in favor Plaintiff Christopher Oliver and against Defendant BPO USA LLC in the amount of $40,000.00 in statutory damages, plus post-judgment interest at the statutory rate, from the date of the entry of the judgment.

4. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of December, 2020.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

tn
Copies:
Counsel of record